[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12774
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 15, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00321-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EARL LAPRADE MILLER, III,
a.k.a. Boomie,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(January 15, 2009)

Before DUBINA, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Earl Laprade Miller, III, in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct and there are no arguable issues of merit.  Therefore, counsel's motion to withdraw is **GRANTED**, and Miller's conviction and sentence are **AFFIRMED**.